UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BYRON FLEMING and VICKI FLEMING,

    Plaintiffs,

v.

AMERICAN HOME MORTGAGE SERVICING, INC.,

    Defendant.

Case No. 09-cv-348-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**JUSTINE FLANAGAN, Acting Clerk**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: June 30, 2009**

**Approved:** s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**